JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| BALERIO LIZARRAGA, | ) | No. CV 11-00592-PA (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| TIMOTHY E. BUSBY, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: <u>January 6, 2012</u>

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE